

FILED

02/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0089

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0089

_____

AUSTIN DEROCHE,

      Petitioner,

  v.

MONTANA NINTH JUDICIAL DISTRICT
COURT, GLACIER COUNTY, HON. JOHN W.
PARKER, Presiding,

      Respondent.

**O R D E R**

FILED

FEB - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

    Petitioner Austin DeRoche, via counsel, seeks a writ of supervisory control directing the Ninth Judicial District Court, Glacier County, to grant his motion to continue trial in its Cause No. DC-2022-033. DeRoche requests expedited ruling as this matter is set for trial on Monday, February 12, 2024. He alleges that, without a continuance, his trial counsel will not be able to represent him effectively in this criminal matter.

    This Court has been advised that, after DeRoche filed this petition, the State of Montana has also moved to continue the trial, as the alleged victim in this matter has requested that the case be continued due to illness. Hon. John W. Parker, presiding District Court Judge, has issued an order continuing the trial on that basis. Since the trial date has been vacated, supervisory control is unnecessary.

    IT IS THEREFORE ORDERED that the Petition for a Writ of Supervisory Control is DENIED and DISMISSED.

    The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Ninth Judicial District Court, Glacier County, Cause No. DC-2022-033, and the Honorable John W. Parker, presiding.

    DATED this 9th day of February, 2024.

_____

_____

_____

_____

_____

Justices